IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA LATTEN,** | ) | CASE NO: 1:21-CV-00515 |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | |
| **UNIVERSITY HOSPITALS HEALTH SYSTEMS,** *et al.***,** | ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) | |

Please take notice that Taurean J. Shattuck of The Spitz Law Firm, LLC, 25200 Chagrin Boulevard, Beachwood, Ohio 44122, hereby enters his appearance as counsel of record for Plaintiff in the above-referenced action. Please include Attorney Taurean J. Shattuck on all notices and filings.

Respectfully submitted,

/s/ *Taurean J. Shattuck*
Taurean J. Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: taurean.shattuck@spitzlawfirm.com

*Attorney For Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2021, a copy of the foregoing was filed via the Court's electronic filing system and made available to all parties in this matter.

/s/ *Taurean Shattuck*
Taurean J. Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**