IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LISA LATTEN, | ) | CASE NO: 1:21-CV-00515-JG |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., *et al*, | ) ) | |
| | ) | |
| Defendant. | | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that this matter is dismissed *with prejudice*. The parties shall bear their own costs and attorneys' fees. The Court shall retain jurisdiction over the execution and enforcement of any agreement or resolution between the parties.

Respectfully submitted,

| | |
|---|---|
| */s/Daniel S. Dubow* | */s/David A. Campbell* |
| Daniel S. Dubow (0095530) | David A. Campbell (0066494) |
| Taurean J. Shattuck (0097364) | Lewis Brisbois Bisgaard & Smith LLP |
| The Spitz Law Firm, LLC | 1375 E 9th St., Suite 2250 |
| 25200 Chagrin Blvd, Suite 200 | Cleveland, OH 44114 |
| Beachwood, OH 44122 | Phone: (216) 298-1262 |
| Phone: (216) 291-4744 | Fax: (216) 344-9421 |
| Fax: (216) 291-5744 | david.a.campbell@lewisbrisbois.com |
| taurean.shattuck@spitzlawfirm.com | |
| daniel.dubow@spitzlawfirm.com | *Attorney for Defendant* |
| | |
| *Attorney for Plaintiff* | |